IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, RAUL CHAVOLLA.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAUL CHAVOLLA., <br><br> Plaintiff, <br> vs. <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: CV 13-3943 RNB <br><br> [PROPOSED] ORDER AWARDING EAJA FEES <br><br><br> HON. ROBERT N. BLOCK <br> UNITED STATES MAGISTRATE <br> JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS ($4,200.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: March 25, 2014

_____
HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE
JUDGE